September 29, 1970

No. 70–59   Thomas T. Swisher, Formerly PFC, U. S. Army v The Secretary of the Army and Robert I. Moseley, Warden.

ORDERED:
That said Motion be, and the same is, hereby dismissed for lack of jurisdiction.